**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Liudmila A. Yuryeva v. Delos N. Mcmanus

Appellate case number:   01-12-00988-CV

Trial court case number: 09DCV173747

Trial court:             328th District Court of Fort Bend County

On September 25, 2012, appellant, Liudmila A. Yuryeva, filed an affidavit of indigence in the trial court in the above-referenced matter. *See* TEX. R. APP. P. 20.1(a)(2); *cf.* TEX. R. APP. P. 27.2. On November 9, 2012, the district clerk filed the clerk's record in this cause, including a copy of appellant's affidavit of indigence. The record does not reflect that any contest to the affidavit of indigence was filed. Therefore the allegations in the affidavit are deemed true, and appellant is entitled to proceed without advance payment of costs. *See* TEX. R. APP. P. 20.1(f).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs. *See* TEX. R. APP. P. 20.1(f), (n).

Appellant's brief is **ORDERED** filed with this Court no later than January 28, 2013.[1] *See* TEX. R. APP. P. 4.1(a), 38.6(a). Appellee's brief, if any, must be filed within 30 days after the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: _/s/ Harvey Brown_____
                   ☑ Acting individually     ☐ Acting for the Court

Date: <u>January 10, 2013</u>

---

[1]     The clerk's record was filed on November 9, 2012, and the reporter's record was filed on December 27, 2012.